UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Plaintiff, | : | |
| | : | 1:95-CR-511-MHS |
| v. | : | |
| | : | CIVIL ACTION |
| LARRY DARNELL RUCKER, | : | |
| | : | 1:15-CV-511-MHS |
| Defendant. | : | |

ORDER

No objections having been filed, the Court ADOPTS the Magistrate Judge's Report and Recommendation [Doc. 98], DENIES defendant's motion under 28 U.S.C. § 2255 or alternatively under 28 U.S.C. § 2241 [Doc. 97], and DENIES defendant a certificate of appealability.

IT IS SO ORDERED, this 3rd day of August, 2015.

Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

AO 72A
(Rev.8/82)